✎AO        (Rev. 8/01 Judgment in a Criminal Case for Revocations)                                                                    CC/jw

# UNITED STATES DISTRICT COURT

### Southern District of Mississippi

### Jackson Division

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

JAN 10 2006

J. T. NOBLIN, CLERK
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| **V.** | (For Offenses Committed On or After November 1, 1987) |
| | Case Number:        3:03cr114LN-001 |
| THOMAS C.D. BRADFORD | |
| | Defendant's Attorney:   George Lucas, Federal Public Defender |
| | 200 S. Lamar Street, Suite 100S |
| | Jackson, MS 39201   (601) 948-4284 |

## THE DEFENDANT:

■ admitted guilt to violation of condition(s) ___Standard Condition #7___
of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

**ACCORDINGLY,** the Court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Standard Condition #7 | Bradford failed to refrain from the use of an illegally controlled substance in that he provided urine samples on August 18, September 15, September 16, October 3, October 14, November 4, November 8, and November 21 of 2005, which tested positive for marijuana, as verified by Kroll Laboratories. | 11/21/2005 |

The defendant is sentenced as provided in pages 2 through ___4___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

   IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.: | January 6, 2006 |
| | Date of Imposition of Judgment |
| Defendant's Date of Birth: | |
| Defendant's USM No.: | |
| | Signature of Judicial Officer |
| Defendant's Residence Address: | |
| 731 Nimitz Street | |
| Jackson, MS 39209 | Tom S. Lee, United States District Judge |
| | Name and Title of Judicial Officer |
| | 1/10/06 |
| | Date |
| Defendant's Mailing Address: | |
| Same as above | |

AO 245D    (Rev. 8/01) Judgment in a Criminal Case for Revocations
          Sheet 2— Imprisonment

Judgment — Page ___2___ of ___4___

DEFENDANT:        BRADFORD, Thomas C.D.
CASE NUMBER:      3:03cr114LN-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of    **five (5) months.  Supervised Release after this period of incarceration is not ordered.**

☐    The court makes the following recommendations to the Bureau of Prisons:

☐    The defendant is remanded to the custody of the United States Marshal.

☒    The defendant shall surrender to the United States Marshal for this district:

    ☒   at _____9:00_____   ☒ a.m.   ☐ p.m.   on ____Monday, May 15, 2006____

    ☐   as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____   to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D    (Rev. 8/01) Judgment in a Criminal Case for Revocations
Sheet 5, Part A — Criminal Monetary Penalties

|  |  |  |
|---|---|---|
| | | Judgment — Page __3__ of __4__ |

DEFENDANT:          BRADFORD, Thomas C.D.
CASE NUMBER:      3:03cr114LN-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ | $ | * $ 1,563.04 |

**\*Bradford shall complete payment of the originally imposed $1,563.04 restitution. The restitution was previously imposed in this Case Number 3:03cr114LN-001 on November 17, 2003.**

☐   The determination of restitution is deferred until _____.   An *Amended Judgment in a Criminal Case* (AO245C) will be entered after such determination.

■   The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| **Name of Payee** | **\*Total Amount of Loss** | **Amount of Restitution Ordered** | **Priority Order or Percentage of Payment** |
|---|---|---|---|
| Winn Dixie<br>Attn: Security<br>P. O. Box 51059<br>New Orleans, LA 60151 | $420.25 | | |
| AmSouth Bank<br>Attn: Corporate Security<br>P. O. Box 1200<br>Jackson, MS 39215 | $1,142.79 | | |
| **TOTALS** | $ _____1,563.04_____ | $ _____ | |

☐   If applicable, restitution amount ordered pursuant to plea agreement   $ _____ .

☐   The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

■   The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

　　■   the interest requirement is waived for the     ☐   fine and/or     ■   restitution.

　　☐   the interest requirement for the     ☐   fine and/or     ☐   restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245D    (Rev. 8/01) Judgment in a Criminal Case for Revocations
Sheet 5, Part B — Schedule of Payments

Judgment — Page ___4___ of ___4___

DEFENDANT:       BRADFORD, Thomas C.D.
CASE NUMBER:     3:03cr114LN-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  ■  Lump sum payment of $ ____$773.68____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with  ☐ C,  ☐ D, or  ■ E below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ E below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ■  Special instructions regarding the payment of criminal monetary penalties:

The offender is ordered to pay the restitution balance of $773.68 immediately. Any balance remaining shall be monitored and collected through the U.S. Attorney Financial Litigation Unit.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Joint and Several

Defendant Name, Case Number, and Joint and Several Amount:

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.